[No. 35947-9-I.   Division One.   February 12, 1996.]

PAY 'N SAVE DRUG STORES, INC., *Appellant*, v. HART CROWSER, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-11511-3, Michael J. Fox, J., entered January 5, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36461-8-I.   Division One.   February 12, 1996.]

*In the Matter of the Personal Restraint Petition of* MICHAEL D. BOWMAN, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01661-6, Donald D. Haley, J., entered May 9, 1994. *Dismissed* by unpublished opinion per Cox, J., concurred in by Coleman and Agid, JJ.

[No. 14164-1-III.   Division Three.   February 13, 1996.]

LOTHAR WALLNER, ET AL., *Respondents*, v. CALVIN ROATH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 93-2-00071-1, Fred L. Stewart, J., entered June 10, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 13638-8-III.   Division Three.   February 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEALLEN WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-8-00995-6, Joseph Valente, J. Pro Tem., entered October 22, 1993. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson, and Thompson, JJ.